# Third District Court of Appeal

## State of Florida

Opinion filed April 9, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0943
Lower Tribunal No. 22-19857-CA-01
_____

**Meathead Trucking, LLC,**
Appellant,

vs.

**McKenzie Capital LLC,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Peter R. Lopez, Judge.

Weber, Crabb & Wein, P.A., and Jeremy D. Bailie (St. Petersburg), for appellant.

Ariana Cruz and Roger A.G. Roche, Jr., for appellee.

Before LINDSEY, LOBREE and GOODEN, JJ.

PER CURIAM.

Appellant Meathead Trucking, LLC, a Texas based company, appeals an order finding personal jurisdiction over it. Based on our de novo review of the record, we affirm. The requirements of <u>Venetian Salami Co. v. Parthenais</u>, 554 So. 2d 499 (Fla. 1989) are met. The complaint, along with the contract attached as an exhibit, set forth sufficient facts to fall within Florida's long-arm statute. <u>See</u> § 48.193(1)(a)(7), Fla. Stat. (2022).

Affirmed.